UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JORGE A. RODRIGUEZ, II, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-01697-TWP-MJD |
| INDIANA UNIVERSITY SCHOOL OF MEDICINE, | ) ) ) ) |
| Defendant. | ) |

**MINUTE ENTRY FOR NOVEMBER 27, 2024**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference. The parties discussed the status of the matter. The conference concluded without further order.

Dated: 27 NOV 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.