UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JORGE A. RODRIGUEZ II,<br><br>　　　　*Plaintiff*,<br>　v.<br><br>INDIANA UNIVERSITY SCHOOL OF MEDICINE,<br><br>　　　　*Defendant*. | Case No.:  1:23-CV-1697-TWP-MJD |

**PLAINTIFF'S UNOPPOSED MOTION TO TELEPHONICALLY ATTEND THE MAY 28, 2025, FINAL PRETRIAL CONFERENCE**

Comes now, Plaintiff Jorge A. Rodriguez, II, by counsel, and respectfully moves this Court for an Order allowing him to telephonically attend the Final Pretrial Conference, scheduled for May 28, 2025, at 10:00 a.m. (Eastern time) in Room 330. In support of this Motion, Plaintiff states as follows:

　　1.　On March 28, 2024, the Court issued a Scheduling Order [Dkt No. 26] setting this matter for a Final Pretrial Conference for May 28, 2025, at 10:00 a.m. (Eastern time) in Room 330 for counsel to discuss the status of the action, including all matters requiring completion prior to trial.

　　2.　Good cause exists for this Motion as Plaintiff's counsel is in the State of Texas and appearing telephonically is more economically feasible for his client. Plaintiff's counsel is also currently scheduled to appear for an Initial Scheduling Conference before the United States District Court for the District of Columbia on May 28, 2025, but that conference will likely be moved to a different date.

1

3. Plaintiff's counsel respectfully requests for an Order from the Court allowing him to telephonically attend the Final Pretrial Conference on May 28, 2025, at 10:00 a.m. (Eastern time), to allow him the opportunity to participate.

4. This request is not being made for delay or any undue purpose.

5. Plaintiff's counsel has contacted Defendant's counsel regarding this Motion and Defendant's counsel does not object to counsel for Plaintiff's request to appear for the Final Pretrial Conference telephonically

WHEREFORE, Plaintiff's counsel respectfully requests this Court for an Order allowing him to telephonically attend the Final Pretrial Conference, scheduled for May 28, 2025, at 10:00 a.m. (Eastern time).

Dated this 24th day of April, 2025.

**THE BACH LAW FIRM, LLC**

/s/ *Jason J. Bach*
Jason J. Bach, Esq.
Nevada Bar No. 7984
7881 W. Charleston Blvd., Suite 165
Las Vegas, Nevada 89117
Telephone: (702) 925-8787
Facsimile: (702) 925-8788
jbach@bachlawfirm.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the 24th day of April, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent out to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing with the CM/ECF.

Hamish S. Cohen (#22931-53)
Brian Weir-Harden (#27651-49)
MATTINGLY BURKE COHEN & BIEDERMAN LLP
155 East Market Street
Suite 400
Indianapolis, IN 46204
Hamish.Cohen@mbcblaw.com
Brian.Weir-Harden@mbcblaw.com

/s/ Jason J. Bach  _____
Jason J. Bach