**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

JORGE A. RODRIGUEZ II,

          *Plaintiff*,

   v.

INDIANA UNIVERSITY SCHOOL OF
MEDICINE,

          *Defendant*.

Case No.:  1:23-cv-1697-TWP-MJD

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO TELEPHONICALLY ATTEND THE MAY 28, 2025, FINAL PRETRIAL CONFERENCE

This matter, having come before this Court on Plaintiff's Unopposed Motion to Telephonically Attend the May 28, 2025, Final Pretrial Conference, and the Court being duly advised, hereby GRANTS said Motion.

IT IS HEREBY ORDERED, ADJUGED AND DECREED, that the Plaintiff's counsel is permitted to telephonically attend the Final Pretrial Conference, scheduled for May 28, 2025, at 10:00 a.m. (Eastern time). The Courtroom Deputy Clerk will provide the call-in information.

SO ORDERED.

Date: 4/25/2025

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to:
All counsel of record via CM/ECF

1